UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2008

RELIANCE INSURANCE COMPANY (IN LIQUIDATION),

    Petitioner,

v.

THE GARN GROUP, INC.,

    Respondent.

CASE NO. 08-CV-34 (DAB)

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Reliance Insurance Company (In Liquidation), voluntarily dismisses without prejudice the above-captioned matter in its entirety.

New York, NY
Dated: May 20, 2008

_____
S. Emy Poulad, Esquire
Reliance Ins. Co. (In Liquidation)
75 Broad Street, 10th Floor
New York, New York 10004
(212) 858-3614

Attorneys for Plaintiff,
Reliance Insurance Company (In Liquidation)

SO ORDERED:

*Deborah A. Batts*
U.S.D.J. 5/27/08

L # 756993 v.1